```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

KELLY DONLEY, *et al.*,            )
                                   )
        Plaintiffs        )
                                   )       No. 3:14-2346
v.                                 )       Judge Trauger/Bryant
                                   )       **Jury Demand**
PALLET COMPANIES, LLC, *et al.*,   )
                                   )
        Defendants        )

## O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on March 2, 2016. The parties and their respective representatives met, negotiated in good faith, and agreed to a settlement of all claims in this case, subject to the Court's approval of the settlement of the minor Plaintiff's claim.

The parties are directed to file a motion seeking Court approval of the minor's settlement no later than **April 4, 2016**.

The **Clerk** is directed to return this file to the District Judge.

It is so **ORDERED**.

                        /s/  John S. Bryant
                        JOHN S. BRYANT
                        United States Magistrate Judge